UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
In re:                                     :
                                           :         Chapter 7
    JIMMY SANTIAGO,           :         Case No. 03-41433
                                           :
        Debtor.           :
------------------------------------------------------X

## ORDER TO SHOW CAUSE

      WHEREAS, Erin Capital Management LLC ("Erin Capital"), by its attorney in fact Dilks & Knopik, LLC, has applied for payment of an unclaimed dividend in the sum of $1,133.10 owed to Erin Services LLC ("Erin Services"); and

      WHEREAS, the papers submitted in support of the application fail to show that Erin Services assigned the claim to Erin Capital or otherwise authorized Erin Capital to receive the dividend on its behalf; it is hereby

      ORDERED that Erin Capital, and its attorney in fact, Dilks & Knopik, LLC, show cause before the undersigned bankruptcy judge at a hearing to be held at 10:00 a.m. on October 20, 2009, in Room 723 in the Alexander Hamilton Custom House, One Bowling Green, New York, New York, New York 10004, why the application should be granted.

Dated: New York, New York
       September 14, 2009

                                            /s/ *Stuart M. Bernstein*
                                           STUART M. BERNSTEIN
                             Chief United States Bankruptcy Judge


TO:   Dilks & Knopik, LLC
        P.O. Box 2728
        Issaquah, WA 98027
        Attention: Mr. Brian J. Dilks